AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Teri J. McDermott | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 11 Civ. 4161 |
| Wolters Kluwer Health Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc.

Date: 07/06/2011

*Attorney's signature*

Carletta F. Higginson (CH-6941)
*Printed name and bar number*

Jenner & Block, LLP
919 Third Avenue, 37th Floor
New York, NY 10022

*Address*

chigginson@jenner.com
*E-mail address*

(212) 891-1624
*Telephone number*

(212) 909-0817
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TERI J. MCDERMOTT,                              :
                                                :
                    Plaintiff,                  :   Index No.: 11-CV-4161 (BSJ)
                                                :
        - against -                             :
                                                :   **CERTIFICATE OF SERVICE**
WOLTERS KLUWER HEALTH, INC., OVID               :
TECHNOLOGIES, INC. and EBSCO PUBLISHING         :
INC.,                                           :
                                                :
                    Defendants.                 :
-----------------------------------------------------------------x

I, Carletta F. Higginson, hereby certifies that on this 7th day of July 2011 I caused true and correct copies of the within Appearance of Counsel to be served via this Court's Electronic Case Filing System upon: Andrew Berger, Esq., Tannenbaum Helpern Syracuse & Hirschtritt, LLP, 900 Third Avenue, New York, New York 10022, *attorneys for Plaintiff Teri J. McDermott* and via first-class mail delivery upon: Michael S. Denniston, Esq., Bradley Arant Boult Cummings, LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203, *attorneys for co-defendant EBSCO Publishing, Inc.*

_____
Carletta F. Higginson

70542.1