AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Teri J. McDermott | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11-cv-4161 |
| Wolters Kluwer Health, Inc., Ovid Technologies, Inc., and Ebsco Publishing, Inc. | ) ) ) | JUDGE JONES |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ovid Technologies, Inc.
333 Seventh Avenue, 20th Floor
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Berger, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JUN 17 2011

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERI J. MCDERMOTT,

        Plaintiff,                                    Index No. 11 CIV 4161

    -against-                                      AFFIDAVIT OF SERVICE

WOLTERS KLUWER HEALTH, INC., et al.,

        Defendants.
------------------------------------------------------------X
STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 22nd day of June, 2011, at approximately 12:14 pm, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Individual Practices of Magistrate Judge Maas and Individual Practices of Judge Barbara S. Jones upon Ovid Technologies, Inc. at 333 Seventh Avenue, 20th Floor, New York, New York, by personally delivering and leaving the same with Trina R. Miller, Office Coordinator, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Trina R. Miller is a black female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 127 pounds with black hair and brown eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
23rd day of June, 2011

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014