AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| Teri J. McDermott | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **11 CIV 4161** |
| Wolters Kluwer Health, Inc., Ovid Technologies, Inc., and Ebsco Publishing, Inc. | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

**JUDGE JONES**

To: *(Defendant's name and address)* Wolters Kluwer Health, Inc.
76 Ninth Avenue, 7th Floor
New York, NY 10011


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew Berger, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY  10022


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**RUBY J. KRAJICK**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: **JUN 1 7 2011** _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TERI J. MCDERMOTT,

        Plaintiff,                           Index No.  11 CIV 4161

   -against-                              AFFIDAVIT OF SERVICE

WOLTERS KLUWER HEALTH, INC., et al.,

        Defendants.
-------------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 22nd day of June, 2011, at approximately 11:49 am, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Individual Practices of Magistrate Judge Maas and Individual Practices of Judge Barbara S. Jones upon Wolters Kluwer Health, Inc. c/o CT Corporation Systems at 111 Eighth Avenue, New York, New York, by personally delivering and leaving the same with Aixa Flores, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Aixa Flores is a Hispanic female, approximately 45 years of age, stands approximately 5 feet 3 inches tall, and weighs approximately 125 pounds with brown hair and dark eyes.


_____
OTIS OSBORNE #870139

Sworn to before me this
23rd day of June, 2011


_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014