Jones, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERI J. MCDERMOTT,

                  Plaintiff,

         v.

WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,
INC.,

                  Defendants.
-----------------------------------------------------------------X

Case No.: 11 CIV 4161 (BSJ)

**STIPULATION AND ORDER**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the time within which the defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc. may answer, move or otherwise respond to the complaint in this action is hereby extended through and including August 15, 2011.

Dated: New York, New York
       July 6, 2011

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
      Andrew Berger, Esq.
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Plaintiff Teri J. McDermott*

JENNER & BLOCK LLP

By: _____
      Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1624

*Attorneys for Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc.*

SO ORDERED:
_____
     U.S.D.J.

7/8/11