UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERI J. MCDERMOTT,                                       :
                                                         :
                    Plaintiff,                           :    Case No.: 11 CIV 4161 (BSJ)
                                                         :
         v.                                              :
                                                         :    **NOTICE OF APPEARANCE**
WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,                 :
INC.,
                                                         :
                    Defendants.                          :
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

   COMES NOW, Clyde Whittaker Steineker with the law firm of Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203-2119 and hereby enters an appearance as counsel of record on behalf of Defendant EBSCO Publishing, Inc.

/s/ C. Whittaker Steineker
C. Whittaker Steineker
(SDNY Bar: WS0916)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
205.521.8000; Facsimile 205.521.8800
wsteineker@babc.com

*Attorney for Defendant*
*EBSCO Publishing, Inc.*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

                                        /s/ C. Whittaker Steineker
                                               OF COUNSEL