UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Plaintiff,  McDermott

-v-

Defendant.  Wolters Kluwer Health, Inc. et al

-----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11-cv-04161  ( BSJ ) (FM  )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/11

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
    _____
    _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion: _____
    _____

[ ] All such motions: _____

*Do not check if already referred for general pretrial.

Dated  ~~7/5/11~~ 8/1/11

SO ORDERED:

_Barbara S. J._
United States District Judge