Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TERI J. MCDERMOTT,

                     Plaintiff,

              v.

WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,
INC.,

                    Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/11

Case No.: 11 CIV 4161 (BSJ)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which the defendant EBSCO Publishing, Inc. may answer, move or otherwise respond to the complaint in this action is hereby extended through and including August 15, 2011.

Dated: New York, New York
       July 11, 2011

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
   Andrew Berger, Esq.
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Plaintiff Teri J. McDermott*

BRADLEY ARANT BOULT
CUMMINGS LLP

By: _____
   C. Whittaker Steineker, Esq.
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8401

*Attorneys for Defendant*
*  EBSCO Publishing, Inc.*

SO ORDERED: _____ for Judge Jones
         U.S.D.J.
        8/15/11