UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/11
```

------------------------------------------------------------X
TERI J. MCDERMOTT,

                Plaintiff,

                v.

WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,
INC.,

                Defendants.
------------------------------------------------------------X

Case No.: 11 CIV 4161 (BSJ)

**STIPULATION AND ORDER**

ORIGINAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the time within which the defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc. may answer, move or otherwise respond to the complaint in this action is hereby extended from August 15, 2011 to and including September 19, 2011.

Dated: New York, New York
        August 10, 2011

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
    Andrew Berger, Esq.
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Plaintiff Teri J. McDermott*

SO ORDERED: _____
               U.S.D.J.  8/17/11

JENNER & BLOCK LLP

By: _____
    Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1624

*Attorneys for Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc.*