UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
TERI J. McDERMOTT,                                              :

                                                                :
            Plaintiff,                    Case No.: 11 CIV 4161 (BSJ)
                                                                :
       v.
                                          :  **RULE 7.1 CORPORATE**
WOLTERS KLUWER HEALTH, INC., OVID            **DISCLOSURE STATEMENT**
TECHNOLOGIES, INC. and EBSCO PUBLISHING,   :  **EBSCO PUBLISHING, INC**.
INC.,
                                                                :
            Defendants.                                         :
--------------------------------------------------------------------------X


     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Defendant EBSCO Publishing, Inc. does not have any parent, subsidiary, or affiliate that has issued shares to the public and there is no publicly held corporation that owns 10% or more of its stock.

     /s/ C. Whittaker Steineker
     C. Whittaker Steineker
     (SDNY Bar: WS0916)
     Michael S. Denniston
     *Applying for admission pro hac vice*
     Alabama Bar No. asb-6906-o45m
     BRADLEY ARANT BOULT CUMMINGS LLP
     One Federal Place
     1819 Fifth Avenue North
     Birmingham, AL 35203-2119
     205.521.8000; Facsimile 205.521.8800
     wsteineker@babc.com

     *Attorneys for Defendant*
     *EBSCO Publishing, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

                /s/ C. Whittaker Steineker
                   OF COUNSEL