UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TERI J. MCDERMOTT,                                                    :

                                    Plaintiff,          :          Case No.: 11 CIV 4161 (BSJ)

                                                        :

                       v.                               :          MOTION TO ADMIT
                                                                   COUNSEL *PRO HAC VICE*
WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,   :
INC.,

                                                        :

                                    Defendants.         :
-----------------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Clyde Whittaker Steineker, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

|                       |                                      |
|-----------------------|--------------------------------------|
| Applicant's Name:     | Michael S. Denniston                 |
| Firm Name:            | Bradley Arant Boult Cummings LLP     |
| Address:              | 1819 Fifth Avenue North              |
| City/State/Zip:       | Birmingham, Alabama 35203-2119       |
| Phone Number:         | (205) 521-8244                       |
| Fax Number:           | (205) 488-6244                       |

Michael S. Denniston is a member in good standing of the Bar of the State of Alabama.  There

are no pending disciplinary proceedings against Michael S. Denniston in any State or Federal

court.

Respectfully submitted,

C. Whittaker Steineker
(SDNY Bar: WS0916)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
205.521.8000; Facsimile 205.521.8800
wsteineker@babc.com

*Attorney for Defendant EBSCO Publishing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Andrew Berger, Esq.
Tannenbaum Helpern Syracuse
   & Hirschtritt LLP
900 Third Avenue
New York, NY  10022

Carletta Flora Higginson, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 8th day of September, 2011.

OF COUNSEL

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
TERI J. MCDERMOTT,                                     :

                                                       :

                   Plaintiff,              :        Case No.: 11 CIV 4161 (BSJ)

                                                       :
                   v.

                                                       :        AFFIDAVIT OF CLYDE
WOLTERS KLUWER HEALTH, INC., OVID                               WHITTAKER STEINEKER
TECHNOLOGIES, INC. and EBSCO PUBLISHING,              :        IN SUPPORT OF MOTION
INC.,                                                          TO ADMIT COUNSEL
                                                       :        *PRO HAC VICE*

                   Defendants.             :
-----------------------------------------------------------------------X


Clyde Whittaker Steineker, being duly sworn, hereby deposes and says as follows:

1.     I am a lawyer with Bradley Arant Boult Cummings LLP, counsel for Defendant, EBSCO

      Publishing, Inc. in the above captioned claim.  I am familiar with the proceedings in this

      case.  I make this statement based on my personal knowledge of the facts set forth herein

      and in support of the motion to admit Michael S. Denniston as counsel *pro hac vice* to

      represent Defendant in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to

      practice law in January 2009.  I am also admitted to the bar of the United States District

      Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Mr. Denniston since 2006.

4.     Mr. Denniston is a partner with Bradley Arant Boult Cummings LLP in Birmingham,

      Alabama.

5.     I have found Mr. Denniston to be a skilled attorney and a person of integrity.  He is

      experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Michael S. Denniston *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Michael S. Denniston

*pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael S. Denniston

*pro hac vice*, to represent Defendant in the above captioned matter, be granted.


_____
Clyde Whittaker Steineker
SDNY Bar: WS0916


STATE OF ALABAMA                    )
                                                         :
JEFFERSON COUNTY                 )


Subscribed and sworn to before me this 8th day of September in the year

2011.


_____
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 20, 2014
BONDED THRU NOTARY PUBLIC UNDERWRITERS

[NOTARIAL SEAL]                                        My commission expires: _____


2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TERI J. MCDERMOTT,                                     :

                                                          :

                Plaintiff,                      :         Case No.: 11 CIV 4161 (BSJ)

                                                          :

                v.                              :         ORDER FOR ADMISSION

WOLTERS KLUWER HEALTH, INC., OVID                      :         *PRO HAC VICE* ON
TECHNOLOGIES, INC. and EBSCO PUBLISHING,              :         WRITTEN MOTION
INC.,

                                                          :

             Defendants.                        :
-----------------------------------------------------------------------X

       Upon the motion of Clyde Whittaker Steineker, attorney for EBSCO Publishing, Inc., and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                Applicant's Name:   Michael S. Denniston
                Firm Name:        Bradley Arant Boult Cummings LLP
                Address:           1819 Fifth Avenue North
                City/State/Zip:    Birmingham, Alabama 35203-2119
                Telephone/Fax:   (205) 521-8244 / (205) 488-6244
                Email Address:    mdenniston@babc.com

is admitted to practice *pro hac vice* as counsel for EBSCO Publishing, Inc., in the above

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  September _____, 2011

 

                                        _____
                                         United States District Judge

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that   Michael Sandlin Denniston   was duly and legally admitted to practice law by the Supreme Court of Alabama on   September 28, 1989   and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on   August 26, 2011

with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama