UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TERI J. MCDERMOTT,

                    Plaintiff,

                    v.

WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,
INC.,

                    Defendants.

------------------------------------------------------------------X

Case No.: 11 CIV 4161 (BSJ)

ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 9/13/11]

Upon the motion of Clyde Whittaker Steineker, attorney for EBSCO Publishing, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael S. Denniston |
| Firm Name: | Bradley Arant Boult Cummings LLP |
| Address: | 1819 Fifth Avenue North |
| City/State/Zip: | Birmingham, Alabama 35203-2119 |
| Telephone/Fax: | (205) 521-8244 / (205) 488-6244 |
| Email Address: | mdenniston@babc.com |

is admitted to practice *pro hac vice* as counsel for EBSCO Publishing, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 13, 2011

                                                          _____
                                                          United States District Judge