UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Terri J. McDermott                Plaintiff,          Case No. 1:11-cv-04161-BSJ-FM

-against-

Wolters Kluwer Health, Inc., et al.   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Clyde Whittaker Steineker**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WS0916        My State Bar Number is 4667424

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Cravath, Swaine & Moore LLP
            FIRM ADDRESS: 825 Eighth Avenue, New York, NY 10019-7475
            FIRM TELEPHONE NUMBER: 212/474-1000
            FIRM FAX NUMBER: 212/474-3700

NEW FIRM:   FIRM NAME: Bradley Arant Boult Cummings LLP
            FIRM ADDRESS: 1819 Fifth Avenue North, Birmingham, AL 35203
            FIRM TELEPHONE NUMBER: 205/521-8000
            FIRM FAX NUMBER: 205/521-8800

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 13, 2011

ATTORNEY'S SIGNATURE