UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERI J. MCDERMOTT,                                              :
                                                                :
                Plaintiff,              Case No.: 11 CIV 4161 (BSJ)
                                                                :
                v.                      **COMBINED RULE 7.1**
                                                                :  **DISCLOSURE STATEMENT**
WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,         :
INC.,
                                                                :
                Defendants.             :
------------------------------------------------------------------------X

      Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc., by and through their attorneys, Jenner & Block LLP, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

      1.     Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc. are non-governmental corporate entities.

      2.     Wolters Kluwer Health, Inc. and Ovid Technologies, Inc. are wholly-owned subsidiaries of Wolters Kluwer U.S. Corporation.  In turn, Wolters Kluwer U.S. Corporation is a subsidiary of Wolters Kluwer Holdco DGP, a Delaware General Partnership. Wolters Kluwer Holdco DGP is a subsidiary of Wolters Kluwer North America, Inc., a Delaware Corporation, and Wolters Kluwer U.S. Investments Corporation, a Delaware corporation.  Wolters Kluwer North America, Inc. is a subsidiary of Wolters Kluwer International Holding B.V., a Dutch company and Wolters Kluwer N.V., a publicly-traded Dutch company.  Among all the companies identified above, only Wolters Kluwer N.V. is publicly traded.

Dated: New York, New York
September 19, 2011

JENNER & BLOCK LLP

By: ___s/Carletta F. Higginson_____
Carletta F. Higginson
919 Third Avenue, 37th Floor
New York, New York  10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Email: chigginson@jenner.com

*Attorneys for Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERI J. MCDERMOTT,                                       :

                                                    Plaintiff,                  Case No.: 11 CIV 4161 (BSJ)

                                                    v.

                                                                  **CERTIFICATE OF SERVICE**

WOLTERS KLUWER HEALTH, INC., OVID
TECHNOLOGIES, INC. and EBSCO PUBLISHING,   :
INC.,

                                             Defendants.     :
------------------------------------------------------------------------X

      I, Carletta F. Higginson, do hereby certify that on this 19th day of September, I caused true and correct copies of the within *Combined Rule 7.1 Corporate Disclosure Statement* to be filed electronically via this court's Electronic Case Filing system and caused same to be served via email delivery upon Andrew Berger, Tannenbaum Helpern Syracuse, & Hirschtritt, 900 Third Avenue, New York, New York  10022, berger@thsh.com, attorneys for Plaintiff, and Michael S. Denniston, Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Avenue N., Birmingham, AL 35203, mdenniston@babc.com, attorneys for defendant EBSCO Publishing, Inc.

                                                                     s/Carletta F. Higginson
                                                                     Carletta F. Higginson